UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO VELAZQUEZ BENAVIDES, A-221-453-303,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MESA VERDE DETENTION CENTER,<br><br>Respondent. | No. 1:26-cv-06068 DJC AC<br><br><u>ORDER</u> |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. ECF No. 12. Respondents filed objections to the findings and recommendations on November 1, 2026. ECF No. 13.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. The Court, however, will sustain the objection to the portion of the ordering language that prohibits Respondents from imposing any additional restriction on Petitioner.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are adopted in full.
2. Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED.
3. Respondent is ORDERED to:
   a. IMMEDIATELY RELEASE petitioner LUIS ANTONIO VELAZQUEZ BENAVIDES, A-221-453-303, from custody. At the time of release, Respondent must return all of Petitioner's documents and possessions.
   b. ICE-NERO is ENJOINED AND RESTRAINED from re-detaining Petitioner unless Petitioner is provided 7 days' written notice and a pre-deprivation bond hearing before a neutral decision maker, at which hearing the government will bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or danger to the community and Petitioner's eligibility for bond must be considered.
   c. This order does not address the circumstances in which the government may detain petitioner in the event petitioner becomes subject to an executable final order of removal.
4. Within three days of an order adopting these findings and recommendations, respondent is required to file a notice of compliance confirming petitioner's release.

////

////

5. The Clerk of the Court is further directed to enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 2, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

AC/ks.Bena6068.hc.2241.imm.jo